# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GLENN GOODWIN,<br><br>Petitioner,<br><br>v.<br><br>SPEARMAN, Warden,<br><br>Respondent. | Case No.: 1:17-cv-01604-LJO-JLT (HC)<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:17-cv-01604-LJO-JLT<br><br>New Case Number: 1:17-cv-01604-JLT |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings, including entry of final judgment as provided by 28 U.S.C. § 636(c)(1). (Doc. 19; Doc. 20) Accordingly, the Court **ORDERS**:

1. This case is **REASSIGNED** to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and **RENUMBERED** as 1:17-cv-01604-JLT. The parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated: **July 23, 2019**              /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1