UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GLENN GOODWIN (State Prisoner) Petitioner-Appellant,<br><br>Plaintiff,<br><br>vs.<br><br>SPEARMAN, Respondent-Appellee,<br><br>Defendant. | Case No: 1:17-CV-01604-1 JLT<br>Appellate Case No.: 19-17220<br><br>**ORDER APPOINTING COUNSEL** |

The Ninth Circuit Court of Appeals has appointed counsel for Mr. Goodwin but has directed his Court to issue the order appointing counsel (Doc. 35). Thus, the Court **ORDERS**:

1. Kristi A. Hughes is APPOINTED to represent the above defendant in his appeal effective *nunc pro tunc* to January 15, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __**January 26, 2021**__      __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE